## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, et al.,          :
                  Plaintiffs,          :          **CIVIL ACTION**
                            :          **NO. 95-8096**
     v.          :
                            :
HASTINGS WOUND CARE, LTD., et al.,          :
                Defendants          :

## ORDER

    **AND NOW**, this 17th day of July 2009, upon consideration of the fact that this action has

been in suspense status since September 26, 1996, without any official action by or report from

the parties, **IT IS HEREBY ORDERED** that on or before August 7, 2009 the parties shall file a

joint written status report, including any reason the Court should not dismiss this case.

                                             BY THE COURT:

                                             S/Gene E.K. Pratter
                                             GENE E.K. PRATTER
                                             UNITED STATES DISTRICT JUDGE