IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 95-CV-8096 |
| | : | |
| HASTINGS WOUND CARE | : | |
| SERVICES, LTD., et al. | : | |
| | : | |
| Defendants. | : | |

## STIPULATION FOR VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(A)(ii)

The parties, by and through their undersigned counsel, stipulate to the DISMISSAL of all claims in the above captioned matter, WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorney fees and costs.

MICHAEL L. LEVY
United States Attorney

_____
MARGARET L. HUTCHINSON
Assistant United States Attorney
Chief, Civil Division

_____
JOSEPH TRAUTWEIN
Assistant United States Attorney
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8338
joseph.trautwein@usdoj.gov

Attorneys for Plaintiff,
United States of America

                              */s/ Richard L. Scheff*
RICHARD L. SCHEFF, ESQUIRE
Montgomery, McCracken
Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
(215) 772-7502
rscheff@mmwr.com

Attorney for Defendants,
Hastings Wound Care Services, Ltd.,
Hastings Home Health Care Services, Inc.,
and Ostomy Specialists, Inc.

*[signature]*
JAMES C. SCHWARTZMAN, ESQUIRE
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103
(215) 751-2863
jcsc@stevenslee.com

Attorney for Defendant, John Hastings

_____
DAVID S. LAUSTSEN, ESQUIRE
Adelstein and Laustsen
275 S. Main Street
Doylestown, PA 18901
(215) 230-4250
law@tradenet.net

Attorney for Defendant, Robert Lee

APPROVED BY THE COURT:

_____
GENE E.K. PRATTER, J.

# CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

RICHARD L. SCHEFF, ESQUIRE
Montgomery, McCracken
Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109


JAMES C. SCHWARTZMAN, ESQUIRE
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103


DAVID S. LAUSTSEN, ESQUIRE
Adelstein and Laustsen
275 S. Main Street
Doylestown, PA 18901

_____
Joseph Trautwein
Assistant United States Attorney

Dated: August 12, 2009